

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00233-CV

JLMH INVESTMENTS, LLC, Appellant

v.

FAMILY DOLLAR STORES OF TEXAS, LLC, ARCP FDCCC1403 LLC, 7B BUILDING & DEVELOPMENT, LLC, TRIPLE C DEVELOPMENT, INC., BURKHARDT ENGINEERING COMPANY, AND M&S UTILITY CONSTRUCTION, LLC, Appellees

§ On Appeal from the 342nd District Court

§ of Tarrant County (342-316818-20)

§ June 13, 2024

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment that dismissed JLMH's request for injunctive relief and remand this case to the trial court for further proceedings consistent with this opinion. We affirm the remainder of the trial court's judgment.

It is further ordered that all parties shall bear the costs of their appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker